# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ECP PROPERTY II LLC,                      :
                                          :
                      **Plaintiff,**    :    PLAINTIFF'S NOTICE OF
                                          :    DISMISSAL WITHOUT
                                          :    PREJUDICE
v.                                        :
                                          :    CV-20-00303 (ILG) (VMS)
JOSEPH S. NORTON, *et al.*,               :
                                          :
                      **Defendants.**   :
------------------------------------------------------------X

      Please take notice the pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ECP Property II LLC hereby dismisses this action as against Defendant Thema Norton only, without prejudice.

Dated: November 10, 2020        **Friedberg PC**

                                                    /s/ Jeremy S. Friedberg
                                  Jeremy S. Friedberg (JF-3772), *pro hac vice*
                                  Gordon S. Young (GY-8331)
                                  10045 Red Run Boulevard, Suite 160
                                  Baltimore, Maryland 21117
                                  (410) 581-7400
                                  (410) 581-7410 (facsimile)
                                  jeremy@friedberg.legal
                                  gordon.young@friedberg.legal

                                  *Attorneys for ECP Property II LLC*

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2020, a copy of the foregoing was served *via* the Court's CM/ECF system on all counsel of record.

/s/ Jeremy S. Friedberg
Jeremy S. Friedberg