UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
In re:                                                      : Chapter 7
                                                            :
THEMA T. NORTON,                                            : Case No. 17-42199 (ESS)
                                                            :
    Debtor.                                              :
                                                            :
---------------------------------------------------------X
                                                            :
THEMA T. NORTON,                                            : Adv. Pr. No. 20-01113
                                                            :
    Plaintiff,                                           :
                                                            :
v.                                                          :
                                                            :
NATHAN CANN, et al.,                                        :
                                                            :
    Defendants.                                          :
                                                            :
---------------------------------------------------------X

## ENTRY OF APPEARANCE OF COUNSEL TO DEFENDANTS AND REQUEST FOR ALL NOTICES

Jeremy S. Friedberg of Friedberg PC hereby enters his appearance in the above captioned adversary proceeding as counsel to Defendants, ECP Property II LLC ("ECP"), Jeremy Friedberg ("Friedberg"), Gordon Young ("Young"), and Nathan Cann ("Cann"; together with ECP, Friedberg, and Young, the "Defendants"). Mr. Friedberg was admitted *pro hac vice* to appear and practice in this action in an *Order for Admission to Practice Pro Hac Vice* [Doc. 38]. As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorney's name, office address, telephone number, fax number and email address are:

Jeremy S. Friedberg, Esq.
Friedberg PC
10045 Red Run Boulevard, Suite 160
Baltimore, Maryland 21117 (410) 581-7400
(410) 581-7410 (facsimile)
Email: jeremy@friedberg.legal

Defendants request that copies of all notices required by the Federal Rules of Bankruptcy Procedure, including notices under Rule 2002(i), be given to it by service upon its attorney at the address shown above.

The foregoing request includes all of the notices and papers referred to in the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules and also includes, without limitation, notices of any hearings, orders, pleadings, motions, applications, complaints, demands, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to this case and any proceeding therein whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise, all of which should be sent to ECP's attorney at the address shown above.

Dated: June 3, 2021, **Friedberg PC**

/s/ Jeremy S. Friedberg
Jeremy S. Friedberg (JF-3772), *pro hac vice*
10045 Red Run Boulevard, Suite 160
Baltimore, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)
jeremy@friedberg.legal
*Attorneys for Defendants*