UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
In re:                                          :      Chapter 7
                                                :
THEMA T. NORTON,                                :      Case No. 17-42199 (ESS)
                                                :
         Debtor.                                :
                                                :
-------------------------------------------------------------X
                                                :
THEMA T. NORTON,                                :      Adv. Pr. No. 20-01113
                                                :
         Plaintiff,                             :
                                                :
    v.                                          :
                                                :
NATHAN CANN,                                    :
GORDON YOUNG,                                   :
JEREMY FRIEDBERG,                               :
ECP PROPERTY II LLC.                            :
                                                :
         Defendants.                            :
                                                :
-------------------------------------------------------------X
```

## O<small>RDER</small> D<small>ISMISSING</small> D<small>EFENDANTS</small> J<small>EREMY</small> F<small>RIEDBERG AND</small> G<small>ORDON</small> Y<small>OUNG</small>

Plaintiff, Thema Norton, by counsel, on May 21, 2021 presented an oral motion in open court under Federal Rule of Civil Procedure 21, ***made*** applicable by Federal Rule of Bankruptcy Procedure 7021, for an Order dismissing Jeremy Friedberg and Gordon Young as Defendants in this matter in this proceeding (the "Motion"), and the Court, having considered the Motion, the statements of the parties on the record, and being duly advised in the premises, ***and in the absence of opposition,*** ~~now finds that the Motion should be GRANTED.~~

IT IS ***HEREBY*** ~~THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS~~:

1

1. ***ORDERED, that*** Jeremy Friedberg and Gordon Young are dismissed as parties to this ***adversary*** proceeding***; and it is further***

2. ***ORDERED, that*** ~~Defendants' counsel shall upload a new case caption removing Jeremy Friedberg and Gordon Young.~~ ***the caption in this adversary proceeding is amended as set forth below:***

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| THEMA T NORTON, | Case No. 17-42199-ess |
| Debtor. | |

-----------------------------------------------------------------x

| | |
|---|---|
| THEMA T NORTON, | |
| | Adv. Pro. No. 20-01113-ess |
| Plaintiff, | |
| -against- | |
| NATHAN CANN and ECP PROPERTY II LLC. | |
| Defendants. | |

-----------------------------------------------------------------x



| | |
|---|---|
| **Dated: Brooklyn, New York** | _____ |
| **July 15, 2021** | **Elizabeth S. Stong** |
| | **United States Bankruptcy Judge** |