UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                 Chapter 7

THEMA T. NORTON,                     Case No.: 17-42199-ess

                                Debtor.

------------------------------------------------------------x

THEMA T. NORTON,                     Adv. Pro. No.: 20-01113-ess

                                 Plaintiff,

    -against-

NATHAN CANN,
ECP PROPERTY II LLC,

                                Defendants.

------------------------------------------------------------x

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

       **WHEREAS**, the above-captioned plaintiff commenced the instant action by the service of a summons and complaint (the "Complaint"); and

       **WHEREAS**, the parties hereby stipulate to the dismissal of the instant action, with prejudice, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure.

**IT IS HEREBY STIPULATED AND SO ORDERED THAT:**

       1.      The above-captioned adversary proceeding is hereby dismissed with prejudice.

       2.      Each of the parties hereto shall be responsible for their own costs and legal fees.

       3.      Upon the Court's entry of this Stipulation of Dismissal with Prejudice, the Clerk of the Court is directed to close the above-captioned adversary proceeding.

[*Remainder of Page Intentionally Left Blank*]

4. A signature by facsimile or by electronic means shall be sufficient to bind the parties hereto.

| **Dahiya Law Offices LLC** | **Friedberg, PC** |
|---|---|

Dated: July 10, 2023
       New York, New York

By:   */s/ Karamvir Dahiya*
      Karamvir Dahiya
      75 Maiden Lane, Suite 606
      New York, New York 10038
      (212) 766-8000
      karam@dahiya.law

      *Counsel for Thema T. Norton*

Dated: July 7, 2023
       Baltimore, Maryland

By:   */s/ Jeremy S Friedberg*
      Jeremy S Friedberg
      10451 Mill Run Circle
      Suite 1000
      Baltimore, Maryland 21117
      (410) 581-7400
      jeremy@friedberg.legal

      *Counsel for Nathan Cann*
      *and ECP Property II LLC*

**IT IS SO ORDERED**



Dated: Brooklyn, New York
    August 9, 2023

_____
Elizabeth S. Stong
United States Bankruptcy Judge